IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON JAQUEZ, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>  -v-<br><br>MEYER CORPORATION, U.S.,<br><br>         Defendant. | Civil Case Number: 1:20-cv-07373-PAE |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses his claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:   October 13, 2020

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Ramon Jaquez*